

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-16-00287-CV

**IN THE INTEREST OF M.S. AND D.S.,** Minor Children,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0046-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's Second Motion to Extend Time to File Brief is GRANTED. the Appellant's brief is due on August 15, 2016. No further extension of time will be allowed.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court